```
                                                    FILED
                                              U.S. DISTRICT COURT
                                               SAVANNAH DIV.
```

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

```
                                              2012 AUG 15 PM 4:53

                                              CLERK_____
                                                SO. DIST. OF GA.
```

BETTY S. JONES,            )
                           )
    Plaintiff,         )
                           )
v.                         )     CASE NO. CV411-296
                           )
SECURITAS SECURITY SERVICES, )
                           )
    Defendant.         )
                           )

## O R D E R

Before the Court is the parties' Stipulation of Dismissal. (Doc. 30.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." As requested by the parties, this action is **DISMISSED WITH PREJUDICE** and each party shall bear its own costs and attorney's fees. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 15th day of August 2012.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA