FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2012 AUG 15 PM 4:53

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| BETTY S. JONES, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. CV411-296 |
| SECURITAS SECURITY SERVICES, | ) |
| Defendant. | ) |

## ORDER

Before the Court is the parties' Stipulation of Dismissal. (Doc. 30.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." As requested by the parties, this action is **DISMISSED WITH PREJUDICE** and each party shall bear its own costs and attorney's fees. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 15th day of August 2012.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA